Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC, d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALISTCBD, d/b/a FIRST CLASSHERBALIST OILS, d/b/a USAHERBALIST OILS,. BENSON CHRISTOPHER HUNTER, an individual. CHRIS TIRRELL ARMSTRONG, an individual. DARIN EDWARD TOONE, an individual. JARED C FORBUSH, an individual. JONATHAN KENT VIRGIN, an individual. NICHOLAS ANTHONYARMSTONG, an individual. NICHOLAS LANE JESSEN, an individual. RYAN DEAN HOGGAN, an individual | Civil Case No.: 3:23-cv-00959-BAS-KSC<br><br>**RESPONSE TO ORDER TO SHOW CASUE** |

1

Defendants,

1. I, Thane Charman, hereby declare the following in response to order to show cause:
2. I am the Pro Se Plaintiff in Case No.: 3:23-cv-00959-BAS-KSC.
3. I am competent to testify to the matters stated herein.
4. This declaration is based on personal knowledge of the matters set forth herein.
5. On October 10, 2023, an order to show cause why the case should not be dismissed for failure to prosecute
6. On May 25, 2023, pro se Plaintiff Thane Charman filed the initial Complaint, and a summons was issued on the same day.
7. On May 30, 2023, Serving of summons was attempted.
8. The registered agent and address for Desert Lake Group, LLC is Darin Toone at 6975 S Union Park Ave Ste 600 Midvale, UT 84047.
9. Registered Agent address has not been valid for several years.
10. Defendant Desert Lake Group has declared Bankruptcy in April 2020.

11. According to Consumer Reports Defendant Desert Lake Group is intentionally hiding the identity of its members with Dummy LLC, invalid company addresses, and invalid registered agents and addresses.

12. This article in consumer reports describes the effort Defendant Desert Lake Group is going to hide member identity. https://www.consumerreports.org/health/beware-dietary-supplements-marketed-online-a6110635129/

13. Plaintiff after days of research successfully identified all the members of Defendant Desert Lake Group LLC.

14. On October 16, 2023 Plaintiff filed an amended complaint. The amended complaint lists the members of Desert Lake Group and addresses where they can be served.

15. Plaintiff is waiting on new summons to be issued by the courts to serve on the Desert Lake Group, LLC and its members.

16. Once new summons are issued Plaintiff will immediately start the process of serving the members of Desert Lake Group, LLC

17. For these reasons the courts should not dismiss the case for failure to prosecute.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on the date stated below in San Diego, California

Dated: October 16, 2023          respectfully submitted,

By: /s/ Thane charman
    Thane Charman

THANE CHARMAN
*Plaintiff, Pro Se*