JEFFREY B. SETNESS, ESQ
California Bar No. 96773
JEFFREY C. BRAMBLE, ESQ
Utah Bar No. 15548
(*Pro Hac Vice Application Pending*)
FABIAN VANCOTT
411 East Bonneville Ave., Suite 400
Las Vegas, Nevada 89101
jsetness@fabianvancott.com
jbramble@fabianvancott.com
Telephone: 702-286-2626

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC, d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALIST CBD, d/b/a FIRST CLASS HERBALIST OILS, d/b/a USA HERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual, CHRIS TIRRELL ARMSTRONG, an individual, DARIN EDWARD TOONE, an individual, JARED C FORBUSH, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS ANTHONY ARMSTONG, an individual, NICHOLAS LANE JESSEN, an individual RYAN DEAN HOGGAN, an individual,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cv-0959-BAS-KSC<br><br>**DEFENDANT RYAN HOGGAN'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**<br><br>*(Memorandum of Points and Authorities, Declaration of Ryan Hoggan, and [Proposed] Order filed concurrently herewith)*<br><br>Hearing Date:　February 26, 2024<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br>Place:　　James M. Carter and Judith N. Keep U.S. Courthouse 333 West Broadway Courtroom 12B, 12th Floor San Diego, CA 92101<br>Judge:　　Hon Cynthia A. Bashant<br><br>Complaint Filed:　May 25, 2023<br>Trial Date:　　　Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on February 26, 2024, or as soon thereafter as may be heard in Courtroom 12B on the 12th Floor of the James M. Carter and Judith N. Keep United States District Court, Southern District of California, located at 333 West Broadway, San Diego, 92101, Defendant Ryan Hoggan will and hereby does move the Court for dismissal of the Amended Complaint (Dkt. No. 6) by Plaintiff Thane Charman (Plaintiff) pursuant to Federal Rule of Civil Procedure Rules 4, 12(b)(2) and 12(b)(5) for failure to properly serve the Amended Complaint upon Defendant Ryan Hoggan and for lack of personal jurisdiction.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Ryan Hoggan, the papers on file with this Court, and upon such argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

DATED:     January 12, 2024

FABIAN VANCOTT

/s/ *Jeffrey B. Setness*
JEFFREY B. SETNESS
*Attorneys for Defendant Ryan Hoggan*


/s/ *Jeffrey C. Bramble*
JEFFREY C. BRAMBLE
(*Pro Hac Vice Application Pending*)

*Attorneys for Defendant Ryan Hoggan*