| | |
|---|---|
| 1 | JEFFREY B. SETNESS, ESQ |
| 2 | California Bar No. 96773 |
|   | JEFFREY C. BRAMBLE, ESQ |
| 3 | Utah Bar No. 15548 |
| 4 | (*Pro Hac Vice Application Pending*) |
|   | FABIAN VANCOTT |
| 5 | 411 East Bonneville Ave., Suite 400 |
| 6 | Las Vegas, Nevada 89101 |
|   | jsetness@fabianvancott.com |
| 7 | jbramble@fabianvancott.com |
| 8 | Telephone: 702-286-2626 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual, | Case No.: 23-cv-0959-BAS-KSC |
| Plaintiff, | |
| | **DECLARATION OF RYAN HOGGAN IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| DESERT LAKE GROUP, LLC, d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALIST CBD, d/b/a FIRST CLASS HERBALIST OILS, d/b/a USA HERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual, CHRIS TIRRELL ARMSTRONG, an individual, DARIN EDWARD TOONE, an individual, JARED C FORBUSH, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS ANTHONY ARMSTONG, an individual, NICHOLAS LANE JESSEN, an individual RYAN DEAN HOGGAN, an individual, | Hearing Date:  February 26, 2024 |
| | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |
| | Place:     James M. Carter and Judith N. Keep U.S. Courthouse 333 West Broadway Courtroom 12B, 12th Floor San Diego, CA 92101 |
| | Judge:     Hon Cynthia A. Bashant |
| | Complaint Filed:  May 25, 2023 |
| | Trial Date:       Not Set |
| Defendant. | |

I, Ryan Hoggan, make the following declaration in support of Defendant Ryan Hoggan's Motion to Dismiss Amended Complaint, stating as follows:

1. I am over the age of eighteen and competent to testify.
2. I have personal knowledge of all the facts described herein.
3. I currently reside in Utah and have lived at my current address in Salt Lake County since 2015.
4. I do not own property in California.
5. I am not registered to vote in California.
6. I maintain a Utah driver's license and do not have a California driver's license.
7. I do not regularly travel to California.
8. Other than incidental travel through or an occasional vacation in California, I do not have any connections with California.
9. I do not conduct any personal business in California.
10. With regard to the Desert Lake Group, LLC ("**Desert Group**"), I owned a minority membership interest until approximately May 2019.
11. I was not a manager of Desert Group.
12. I was not involved in the day-to-day operations of Desert Group, including any of the marketing decisions.
13. With regards to service of Plaintiff's Amended Complaint and Amended Summons, I was not home on November 16, 2023, at 3:49 p.m. MST. Because I was not home, I was not aware that Clifford Griffis was attempting service of Plaintiff's Amended Complaint and Amended Summons.
14. On November 19, 2023, at 8:05 a.m. MST., I was not home and was not aware that Mr. Griffis was attempting to serve any legal documents upon me. Because I was not aware of service attempts, I was not, and could not, have been evading service of the pleadings.
15. On November 21, 2023, at 5:30 a.m. MST, I was asleep in bed and did not hear a knock or doorbell ring, if there was one. As a result, I did not look out a window or

monitor Mr. Griffis from a window camera that morning and was not aware service was attempted. Further, I was not attempting to evade service.

16. On November 21, 2023, at 5:00 p.m. MST, I received a text message from Mr. Griffis. A copy of the text message is attached hereto as Exhibit A. The first text message stated that Mr. Griffis was a "PI doing process service" and that he had "legal documents for [me]." *Id.* The text message acknowledged that I was not home when Mr. Griffis attempted service at my residence. I did not respond to the text message as I was working and did not see the text message.

17. On November 21, 2023, at 6:01 p.m. MST, Mr. Griffis sent me a second text message. *Id.* The second text message stated that Mr. Griffis left my paperwork on my front door and that he presumed that I saw him on security cameras. *Id.*

18. Mr. Griffis statements regarding security cameras are not accurate as I did not see him on security camera footage from my home. Further, Mr. Griffis did not personally serve me copies of the Amended Summons and Amended Complaint.

19. I have not received any other communications from Mr. Griffis regarding any attempts to serve the subject pleadings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 12th day of January, 2024, at Salt Lake City, Utah.

_____
Ryan Hoggan, Declarant

# EXHIBIT A

