| | |
|---|---|
| 1 | JEFFREY B. SETNESS, ESQ |
| 2 | California Bar No. 96773 |
|   | JEFFREY C. BRAMBLE, ESQ |
| 3 | Utah Bar No. 15548 |
| 4 | (*Pro Hac Vice Application Pending* |
|   | FABIAN VANCOTT |
| 5 | 411 East Bonneville Ave., Suite 400 |
|   | Las Vegas, Nevada 89101 |
| 6 | jsetness@fabianvancott.com |
| 7 | jbramble@fabianvancott.com |
| 8 | Telephone: 702-286-2626 |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual, | Case No.: 23-cv-0959-BAS-KSC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Hearing Date:   February 26, 2024 |
| DESERT LAKE GROUP, LLC, d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALIST CBD, d/b/a FIRST CLASS HERBALIST OILS, d/b/a USA HERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual, CHRIS TIRRELL ARMSTRONG, an individual, DARIN EDWARD TOONE, an individual, JARED C FORBUSH, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS ANTHONY ARMSTONG, an individual, NICHOLAS LANE JESSEN, an individual RYAN DEAN HOGGAN, an individual, | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br>Place:   James M. Carter and Judith N. Keep U.S. Courthouse<br>333 West Broadway<br>Courtroom 12B, 12th Floor<br>San Diego, CA 92101<br>Judge:   Hon Cynthia A. Bashant<br><br>Complaint Filed:   May 25, 2023<br>Trial Date:   Not Set |
| Defendant. | |

1

PROOF OF SERVICE                                           Case No. 23-cv-0959-BAS-KSC

# PROOF OF SERVICE

STATE OF UTAH, COUNTY OF SALT LAKE

I am employed in the County of Salt Lake, State of Utah. I am over the age of 18 and not a party to the within action; my business address is 95 South State Street, Suite 2300, Salt Lake City, Utah 84111.

On **January 12, 2024**, I served the foregoing document(s):

1. Defendant Ryan Hoggan's Notice of Motion and Motion to Dismiss Amended Complaint;
2. Memorandum of Points and Authorities in Support of Motion to Dismiss Amended Complaint;
3. Declaration of Ryan Hoggan in Support of Motion to Dismiss;
4. [Proposed] Order Granting Motion to Dismiss; and
5. Proof of Service

on the interested parties in this action addressed and sent as follows:

## SEE ATTACHED SERVICE LIST

☐ **BY ENVELOPE:** by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as indicated and delivering such envelope(s):

☐ **BY MAIL:** I caused such envelope(s) to be deposited in the mail at Salt Lake City, Utah with postage thereon fully prepaid to the office or home of the addressee(s) as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY FEDEX:** I caused such envelope(s) to be deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as indicated, with delivery fees paid or provided for, to be transmitted by FedEx.

☒ **BY E-FILING (USDC Southern)**: I caused copies of the documents to be filed with the Clerk of the court via ECF, which sent notification of such filing to all counsel of record, and to all parties who have consented to electronic service. Electronic filing constitutes service upon all counsel of record and all parties who have consented to electronic service.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION (Courtesy):** I caused a courtesy copy to be transmitted by e-mail or electronic transmission to the person(s) at the e-mail address(es) as indicated.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on **January 12, 2024**, at Salt Lake City, Utah.

*/s/ Michelle D. Donohoo*
Michelle D. Donohoo

# SERVICE LIST

*Thane Charman v. Desert Lake Group, LLC, et al.*
USDC – Southern District Case No. 23-cv-0959-BAS-KSC

| | |
|---|---|
| Thane Charman<br>2270 Boundary Street<br>San Diego, California 92104<br>Email: thane@thanemckane.com<br>          obey.tcpa@gmail.com<br>*Plaintiff In Pro Se* | Michael Lynn Wright<br>Caldarelli Hejmanowski Page & Leer<br>3398 Carmal Mountain Road, Suite 250<br>San Diego, California 92121<br>Email: mlw@chpllaw.com<br>*Attorneys for Defendants Desert Lake Group, LLC and Chris Tirrell Armstrong* |