Lee Hejmanowski (SBN 166236)
Micheal Wright (SBN 345946)
CALDARELLI HEJMANOWSKI PAGE & LEER LLP
3398 Carmel Mountain Road, Suite 250
San Diego, CA 92121
Tele: (858) 720-8080
leh@chpllaw.com; mlw@chpllaw.com

Attorneys for DEFENDANTS
DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual, | Case No. 23-cv-0959-BAS-KSC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| DESERT LAKE GROUP, LLC d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALISTCBD, d/b/a FIRST CLASSHERBALIST OILS, d/b/a USAHERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual; CHRIS TIRRELL ARMSTRONG, an individual; DARIN EDWARD TOONE, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS LANE JESSEN, an individual; and RYAN DEAN HOGGAN, an individual, | Judge:      Cynthia Bashant<br>Ct Rm:      12B |
| Defendants. | |

NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Lee E. Hejmanowski of the law firm CALDARELLI HEJMANOWSKI PAGE & LEER LLP, attorneys for Defendants Desert Lake Group, LLC and Chris Tirrell Armstrong, files this Notice of Appearance of Counsel and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings also be served upon the undersigned at the office address and email address listed as follows:

> Lee E. Hejmanowski
> CALDARELLI HEJMANOWSKI PAGE & LEER, LLP
> 3398 Carmel Mountain Road, Suite 250
> San Diego, CA 92121
> Tel: (858) 720-8080
> Email: leh@chpllaw.com

Dated: January 15, 2024          **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By:   /s/ *Lee Hejmanowski*
            Lee E. Hejmanowski
            Micheal L. Wright

Attorneys for Defendants DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG

NOTICE OF APPEARANCE