Lee Hejmanowski (SBN 166236)
Micheal Wright (SBN 345946)
CALDARELLI HEJMANOWSKI PAGE & LEER LLP
3398 Carmel Mountain Road, Suite 250
San Diego, CA 92121
Tele: (858) 720-8080
leh@chpllaw.com; mlw@chpllaw.com

Attorneys for DEFENDANTS
DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALISTCBD, d/b/a FIRST CLASSHERBALIST OILS, d/b/a USAHERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual; CHRIS TIRRELL ARMSTRONG, an individual; DARIN EDWARD TOONE, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS LANE JESSEN, an individual; and RYAN DEAN HOGGAN, an individual,<br><br>        Defendants. | Case No. 23-cv-0959-BAS-KSC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER FRCP RULE 12(b)(6)**<br><br>Date:       February 26, 2024<br>Judge:     Cynthia Bashant<br>Ct Rm:    12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

1
NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 26, 2024, or as soon thereafter as the matter may be heard in Courtroom 12B of the United States District Court, Southern District of California, 333 W. Broadway, San Diego, CA 92101, Defendants Desert Lake Group, LLC and Chris Tirrell Armstrong ("Defendants") will, and hereby does, move this Court to dismiss Plaintiff's Amended Complaint with prejudice pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is made following the conference of counsel that took place on January 10, 2024.

This Motion is based on this Notice of Motion and Motion, Defendants' Memorandum of Points and Authorities, the Request for Judicial Notice, the [proposed] Order, all pleadings and papers filed in this action, all other matters on which the Court may take judicial notice, and on such other and further evidence, both oral and documentary, as may be presented to the Court at the hearing on the Motion.

Dated: January 15, 2024        **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By: /s/ *Lee E. Hejmanowski*
Lee E. Hejmanowski
Micheal L. Wright

Attorneys for Defendants DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG