Lee Hejmanowski (SBN 166236)
Micheal Wright (SBN 345946)
CALDARELLI HEJMANOWSKI PAGE & LEER LLP
3398 Carmel Mountain Road, Suite 250
San Diego, CA 92121
Tele: (858) 720-8080
leh@chpllaw.com; mlw@chpllaw.com

Attorneys for DEFENDANTS
DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALISTCBD, d/b/a FIRST CLASSHERBALIST OILS, d/b/a USAHERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual; CHRIS TIRRELL ARMSTRONG, an individual; DARIN EDWARD TOONE, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS LANE JESSEN, an individual; and RYAN DEAN HOGGAN, an individual,<br><br>    Defendants. | Case No. 23-cv-0959-BAS-KSC<br><br>**DEFENDANTS DESERT LAKE GROUP, LLC AND CHRIS TIRRELL ARMSTRONG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER FRCP RULE 12(b)(6)**<br><br>Date:           February 26, 2024<br>Judge:         Cynthia Bashant<br>Ct Rm:        12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

REQUEST FOR JUDICIAL NOTICE

1     Defendants Desert Lake Group, LLC and Chris Tirrell Armstrong ("Defendants") respectfully requests that, pursuant to Federal Rules of Evidence 201, this Court take judicial notice of the following matters, facts, and documents listed below and in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint under for Fed. R. Civ. P. 12(b)(6).

**Exhibit 1:** A true and correct copy of Desert Lake Group, LLC's Chapter 11 Voluntary Petition for Non-Individuals, United States Bankruptcy Court for the District of Utah in the matter *In Re Desert Lake Group, LLC aka 4BUSH HOLDINGS, LLC,* Bankruptcy Case No. 20-22496;

**Exhibit 2:** A true and correct copy of the United States Bankruptcy Court for the District of Utah's Order Confirming Debtor's Plan Under Subchapter V of Chapter 11 in the matter *In Re Desert Lake Group, LLC aka 4BUSH HOLDINGS, LLC,* Bankruptcy Case No. 20-22496; and

**Exhibit 3:** A true and correct copy of the United States Bankruptcy Court for the District of Utah's Final Decree, Order Closing Case, and Order Terminating and Discharging the Subchapter V Trustee in the matter *In Re Desert Lake Group, LLC aka 4BUSH HOLDINGS, LLC,* Bankruptcy Case No. 20-22496.

Dated: January 15, 2024            **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By:   /s/ *Lee Hejmanowski*
Lee E. Hejmanowski
Micheal L. Wright

Attorneys for Defendants DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG

---

REQUEST FOR JUDICIAL NOTICE

# EXHIBIT INDEX

| EXH. NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Desert Lake Group, LLC's Chapter 11 Voluntary Petition for Non-Individuals, United States Bankruptcy Court for the District of Utah in the matter *In Re Desert Lake Group, LLC aka 4BUSH HOLDINGS, LLC,* Bankruptcy Case No. 20-22496 | 1-4 |
| 2 | Order Confirming Debtor's Plan Under Subchapter V of Chapter 11 in the matter *In Re Desert Lake Group, LLC aka 4BUSH HOLDINGS, LLC,* Bankruptcy Case No. 20-22496 | 5-53 |
| 3 | Final Decree, Order Closing Case, and Order Terminating and Discharging the Subchapter V Trustee in the matter *In Re Desert Lake Group, LLC aka 4BUSH HOLDINGS, LLC,* Bankruptcy Case No. 20-22496 | 54-58 |

REQUEST FOR JUDICIAL NOTICE