Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC, d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALISTCBD, d/b/a FIRST CLASSHERBALIST OILS, d/b/a USAHERBALIST OILS,. BENSON CHRISTOPHER HUNTER, an individual. CHRIS TIRRELL ARMSTRONG, an individual. DARIN EDWARD TOONE, an individual. JARED C FORBUSH, an individual. JONATHAN KENT VIRGIN, an individual. NICHOLAS ANTHONY ARMSTONG, an individual. NICHOLAS LANE JESSEN, an individual RYAN DEAN HOGGAN, an individual<br><br>　　　　　Defendants, | Civil Case No.: 3:23-cv-00959-BAS-KSC<br><br>STIPULATION OF DISMISSALWITHOUT PREJUDICE |

To:    Defendants,

STIPULATION OF DISMISSALWITHOUT PREJUDICE

1  Plaintiff, pursuant to Rule 41 of the Federal Rules of Civil Procedure, voluntarily dismisses these defendants from the above action, without prejudice, and files this notice of dismissal with the Clerk of the above-entitled court. Dismissed defendants are, DESERT LAKE GROUP, LLC, BENSON CHRISTOPHER HUNTER, an individual. DARIN EDWARD TOONE, an individual. JARED C FORBUSH, an individual. JONATHAN KENT VIRGIN, an individual. NICHOLAS ANTHONY ARMSTONG, an individual. NICHOLAS LANE JESSEN, an individual.

This notice was filed on the date set forth below.

Dated: January 16, 2024            respectfully submitted,

By: /S/ Thane Charman

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone 800-673-4384
Email: OBEY.TCPA@GMAIL.COM


Thane Charman
Plaintiff, Pro SE

STIPULATION OF DISMISSAL WITHOUT PREJUDICE