# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>                        Plaintiff,<br><br>  v.<br><br>DESERT LAKE GROUP, LLC, *et al.*,<br><br>                       Defendants. | Case No. 23-cv-0959-BAS-KSC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND (ECF No. 21)** |

    Pending before the Court is Plaintiff Thane Charman's motion to extend time for Plaintiff to respond to Defendants' Motion to Dismiss. (ECF No. 21.) Plaintiff requests a fourteen-day extension and has not previously received an extension in this matter. (*Id.*) Finding good cause, the Court **GRANTS** Plaintiff's motion. Plaintiff shall have leave to respond to Defendants' Motion to Dismiss on or before February 9, 2024.

    **IT IS SO ORDERED.**

**DATED: January 29, 2024**

Hon. Cynthia Bashant
United States District Judge