Lee Hejmanowski (SBN 166236)
Micheal Wright (SBN 345946)
CALDARELLI HEJMANOWSKI PAGE & LEER LLP
3398 Carmel Mountain Road, Suite 250
San Diego, CA 92121
Tele: (858) 720-8080
leh@chpllaw.com; mlw@chpllaw.com

Attorneys for DEFENDANTS
DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALISTCBD, d/b/a FIRST CLASS HERBALIST OILS, d/b/a USAHERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual; CHRIS TIRRELL ARMSTRONG, an individual; DARIN EDWARD TOONE, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS LANE JESSEN, an individual; and RYAN DEAN HOGGAN, an individual,<br><br>    Defendants. | Case No. 23-cv-0959-BAS-KSC<br><br>**REPLY REGARDING NON-OPPOSITION TO DEFENDANT CHRIS TIRRELL ARMSTRONG'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT UNDER FRCP RULE 12(b)(6)**<br><br>Date:     February 26, 2024<br>Judge:   Hon. Cynthia Bashant<br>Ct Rm:   12B<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

REPLY REGARDING NON-OPPOSITION

Defendants Chris Tirrell Armstrong ("Armstrong") and Desert Lake Group, LLC ("Desert") (collectively, "Defendants") file this Reply regarding Non-Opposition to their motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 18.)

Plaintiff Thane Charman ("Plaintiff") filed a *pro se* complaint on May 25, 2023. (ECF No. 1.) Plaintiff filed a first amended complaint on October 16, 2023. (ECF No. 6.) On January 15, 2024, Defendants filed a motion to dismiss. (ECF No. 18.) On January 16, 2024, Plaintiff dismissed Defendant Desert from this action. (ECF No. 19.) However, the Court has not entered a dismissal as to Defendant Desert. *See* Fed. R. Civ. P. 41. As such, this Reply regarding Non-Opposition is filed on behalf of both Defendants Armstrong and Desert.

On January 26, 2024, Plaintiff filed a motion requesting an extension of time to respond to Defendants' motion to dismiss. (ECF No. 21.) Defendants did not oppose Plaintiff's motion and the Court granted the extension on January 29, 2024. (ECF No. 22.) Per the Court's order, Plaintiff's response in opposition to Defendants' Motion to Dismiss, if any, was due on or before February 9, 2024. (*Id.*)

Because Plaintiff did not file an opposition or other response on or before the deadline to respond, Defendants' motion to dismiss is unopposed. *See* Local Rule 7.1.f.3 ("If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court."). "Although there is ... a [public] policy favoring disposition on the merits, it is the responsibility of the moving party to move towards that disposition at a reasonable pace, and to refrain from dilatory and evasive tactics." *In re Eisen,* 31 F.3d 1447, 1454 (9th Cir.1994) (affirming grant of motion to dismiss for failure to prosecute); *see also Steel v. City of San Diego,* No. 09cv1743, 2009 WL 3715257, at *1 (S.D.Cal. Nov. 5, 2009) (dismissing action pursuant to Local Rule 7.1 for plaintiff's failure to respond to a motion to dismiss).

Accordingly, the Court should grant Defendants' Motion to Dismiss because, despite having the opportunity to contest the dismissal, Plaintiff has not done so and presents no opposition to dismissal.  Local Rule 7.1.f.3.

Dated: February 13, 2024     **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**

By: /s/ *Lee Hejmanowski*
Lee E. Hejmanowski
Micheal L. Wright

Attorneys for Defendants DESERT LAKE GROUP, LLC and CHRIS TIRRELL ARMSTRONG