MICHAEL J. HICKMAN, ESQ
CA Bar #149624
MUSICK, PEELER, & GARRETT LLP
225 Broadway, Suite 1900
San Diego, California, 92101
m.hickman@musickpeeler.com
Telephone: 619-525-2500

JEFFREY C. BRAMBLE, ESQ
Utah Bar # 15548
(*Pro Hac Vice Application Pending*)
FABIAN VANCOTT
95 S. State Street, Suite 2300
Salt Lake City, Utah 84111
jbramble@fabianvancott.com
Telephone: 801-323-2207

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual,<br><br>Plaintiff,<br><br>v.<br><br>DESERT LAKE GROUP, LLC, d/b/a FIRST CLASS HERB TINCTURE, d/b/a FIRST CLASS HERBALIST CBD, d/b/a FIRST CLASS HERBALIST OILS, d/b/a USA HERBALIST OILS, BENSON CHRISTOPHER HUNTER, an individual, CHRIS TIRRELL ARMSTRONG, an individual, DARIN EDWARD TOONE, an individual, JARED C FORBUSH, an individual, JONATHAN KENT VIRGIN, an individual, NICHOLAS ANTHONY ARMSTONG, an individual, NICHOLAS LANE JESSEN, an | Case No.: 23-cv-0959-BAS-KSC<br><br>**REPLY MEMORANDUM REGARDING NON-OPPOSITION TO DEFENDANT RYAN HOGGAN'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Hearing Date:  February 26, 2024<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT**<br>Place:  James M. Carter and Judith N. Keep U.S. Courthouse<br>333 West Broadway<br>Courtroom 12B, 12th Floor<br>San Diego, CA 92101<br>Judge:  Hon Cynthia A. Bashant<br><br>Complaint Filed:  May 25, 2023<br>Trial Date:  Not Set |

1

|   |   |
|---|---|
| 1 | individual RYAN DEAN HOGGAN, an individual, |
| 2 |   |
| 3 |                                    Defendant. |

Defendant Ryan Hoggan ("Hoggan") files this Reply regarding Non-Opposition to his motion to dismiss pursuant to Rule 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure. (ECF No. 16.)

Plaintiff Thane Charman ("Plaintiff") filed a *pro se* complaint on May 25, 2023. (ECF No. 1.) After the Court issued its order to show cause for failure to prosecute (ECF. No. 5), Plaintiff filed his Amended Complaint on October 16, 2023. (ECF No. 6.) On January 12, 2024, Hoggan filed his motion to dismiss for insufficient service of process and lack of personal jurisdiction. (ECF. No. 16.) On January 26, 2024, Plaintiff filed a motion for extension of time to respond to Hoggan's motion to dismiss. (ECF No, 21.) Hoggan did not oppose the motion for extension and the Court granted the request for extension on January 29, 2024. (ECF No. 22.) Pursuant to the Court's order granting the extension, Plaintiff's opposition to Hoggan's motion to dismiss or other response was due on or before February 9, 2024. (*Id.*) However, as of the filing of this Reply, Plaintiff has not filed an opposition or otherwise responded to Hoggan's motion to dismiss.

Under to Local Rule 7.1.f.3, "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for filing by the Court." As a result of Plaintiff's failure to file an opposition to Hoggan's motion to dismiss or otherwise respond before the February 9, 2024, deadline, Hoggan's motion is unopposed pursuant to Local Rule 7.1.f.3, and dismissal is proper. *See Steel v. City of San Diego,* No. 09-cv-1743, 2009 WL 3715257, at *1 (S.D.Cal Nov. 5, 2009).

REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS                                Case No. 23-cv-0959-BAS-KSC

1    Therefore, the Court should grant Hoggan's motion to dismiss because Plaintiff
2 has filed to oppose or otherwise respond to the motion and defend his claims.
3    DATED:    February 13, 2024.

MUSICK, PEELER, & GARRETT LLP

*/s/ Michael J. Hickman*
MICHAEL J. HICKMAN
(*Attorneys for Defendant Ryan Hoggan*)


FABIAN VANCOTT
*/s/ Jeffrey C. Bramble*
JEFFREY C. BRAMBLE
(*Pro Hac Vice Application Pending*)
*Attorneys for Defendant Ryan Hoggan*