# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DESERT LAKE GROUP, LLC, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 23-cv-0959-BAS-KSC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL (ECF No. 23)** |

　　Before this Court is Defendant Ryan Hoggan's unopposed motion to substitute his current counsel, Jeffrey B. Setness, Esq., with new counsel, Michael J. Hickman, Esq. (ECF No. 23.)  Good cause appearing, the Court **GRANTS** the Motion.  The Clerk is instructed to update the docket to reflect Hickman's substitution of Setness as Defendant Ryan Hoggan's counsel.

　　**IT IS SO ORDERED.**

**DATED: March 4, 2024**

　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　United States District Judge