# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN., <br><br> Plaintiffs, <br><br> v. <br><br> DESERT LAKE GROUP, LLC, *et al.*, <br><br> Defendants. | Case No. 23-cv-0959-BAS-KSC <br><br> **ORDER TO SHOW CAUSE** |

Before the Court are Defendants Ryan D. Hoggan's and Chris Tirrell Armstrong's motions to dismiss Plaintiff Thane Charman's Telephone Consumer Protection Act action. (ECF Nos. 16, 18.)  Charman's original deadline to respond to Hoggan's motion was January 26, 2024.  Charman's original deadline to respond to Armstrong's motion was January 29, 2024.  On January 29, 2024, the Court granted a fourteen day extension for Plaintiff to respond to February 9, 2024.  (ECF No. 22.)  February 9, 2024 has come and gone, yet Charman has neither opposed Defendants' motions nor sought an extension of time to do so.

Failure to respond to a motion to dismiss amounts to a failure to prosecute. *See, e.g.*, *Smith v. United States*, No. CV 06-0790-PHX-JAT, 2007 WL 505067, at *1 (D. Ariz. Feb. 14, 2007).  A district court has the power to dismiss an action for a plaintiff's failure to prosecute both under Federal Rule of Civil Procedure 41(b) and pursuant to its inherent

authority to control and manage its own docket.  See Fed. R. Civ. P. 41(b); *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).

Therefore, the Court **ORDERS** Charman to show cause why this case should not be dismissed **by no later than March 14, 2024**.  Charman may show adequate cause by filing an opposition to Hoggan's and Armstrong's motions, or requesting an extension of time to do so supported by good cause.

**<u>Plaintiff is warned failure to file an adequate response to this Order on or before March 14, 2024 will result in the Court dismissing this action</u>**.

IT IS SO ORDERED.

DATED: March 7, 2024

Hon. Cynthia Bashant
United States District Judge